# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APRIL L. DORSEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 06-1309-MJP<br><br><br>ORDER FOR REMAND |

    Based on the Stipulation between the parties, it is hereby ORDERED that the above-captioned case be REMANDED to the Commissioner of Social Security for further administrative proceedings. 42 U.S.C. § 405(g) (sentence four). On remand, the ALJ shall obtain vocational expert testimony to determine whether Plaintiff retained the ability to perform a significant number of jobs in the national economy, from the alleged onset date, October 18, 2002, up to Plaintiff's fiftieth birthday, February 11, 2005, when she became disabled by force of the Medical Vocational Guidelines. The ALJ shall fashion hypothetical questions that include all of Plaintiff's exertional and non-exertional limitations, such as reaching limitations and limitations due to Plaintiff's mental impairments.

DATED this __29th day of ___March_____, 2007.

_____
Marsha J. Pechman
U.S. District Judge

Recommended for entry this
26th day of March, 2007.

/s/  JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ JEFFREY BAIRD
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2205
FAX:  (206) 615-2531
jeffrey.h.baird@ssa.gov

Page 2    ORDER FOR REMAND - [06-1309-MJP-JPD]